```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

      IN RE:                                         CASE NO. 03 B 51558
        NANCY A WILKE
                                                     CHAPTER 13

                                                     JUDGE: JOHN H SQUIRES

             Debtor
        SSN XXX-XX-9711


     ----------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
     ----------------------------------------------------------------------
           Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

           1.  The case was filed on 12/23/03 and confirmed on 02/26/04.

           2.  The plan is paid in full.

           3.  The Debtor paid a total of $  21600.00 .

           4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 883.27 | 62.43 | 883.27 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1815.62 | 130.35 | 1815.62 |
| HSBC | UNSECURED - C | 3893.89 | 286.87 | 3804.56 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| YELLOW BOOK OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 140.57 | 10.61 | 140.57 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2728.70 | 192.85 | 2728.70 |
| BLITT & GAINES | UNSECURED | 5617.37 | 397.60 | 5617.37 |
| SELECT COMFORT CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1878.77 | 123.35 | 1878.77 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 13064.30 | 3893.89 | 16958.19 |
| PRINCIPAL PAID | .00 | .00 | 13064.30 | 3804.56 | 16868.86 |
| INTEREST PAID | .00 | .00 | 917.19 | 286.87 | 1204.06 |
| TOTAL PAID | .00 | .00 | 13981.49 | 4091.43 | 18072.92 |

```
     The Debtor's attorney, KOFKIN & SCHEINBAUM          , was allowed $   2200.00
     and was paid $    206.00  direct and $    1994.00  through the plan.

     The Trustee received $    909.84 .

     Refunds to the Debtor totaled $    623.24 .

           Wherefore, the Trustee requests an order be entered discharging
     the Trustee and the surety on his bond from any further liability
     in this case.
```

Dated: 08/19/08                              /s/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE